UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JOSE PEREZ SANTIAGO, <br><br> Plaintiff <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:20-CV-35-M** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's complaint is hereby DISMISSED WITHOUT PREJUDICE.

This Judgment filed and entered on March 10, 2020, and copies to:
Jose Perez Santiago (via CM/ECF electronic notification)

March 10, 2020

Peter A. Moore, Jr.
Clerk of Court

By: *Susan K. Edwards*
Deputy Clerk